UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR
MANAGEMENT COOPERATION FUND, by
MICHAEL J. FORDE and PAUL O'BRIEN,
as TRUSTEES,

          07 CV 6779 (JGK)
          ECF CASE

          **ORDER TO SHOW CAUSE**
          **FOR DEFAULT**
          **JUDGMENT AND ORDER**

          Plaintiffs,

-against-

MCCARTHY DEVELOPMENT,

          Defendant.
------------------------------------------------------------------X

UPON the annexed affidavit of Andrew GraBois, Esq. sworn to the 6th day of November, 2007 and all of the proceedings had herein, let Defendant McCarthy Development appear before Judge John G. Koeltl at this Federal Courthouse, Courtroom 12-B, located at 500 Pearl Street, New York, NY, 10007 on the 30 day of November, 2007 at 9:30 o'clock in the forenoon/afternoon of that day or as soon thereafter as the parties can be heard, to show cause why a Default Judgment and Order should not be entered against McCarthy Development and in favor of plaintiffs, confirming an arbitration award dated February 17, 2007 against the Defendant, and awarding attorneys' fees and costs arising out of this action.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2007

Sufficient cause therefore appearing, let service of a copy of this Order, together with the affidavit annexed hereto, on the Defendant by way of first class mail on or before 3:00 P.M. on the 6 day of November, 2007 be deemed good and sufficient service; answering papers, if any, shall be served and filed on or before November 26 2007; courtesy copies of all papers shall be sent to Chambers on the same day they are filed.

Dated: New York, New York
11/14, 2007

_____
Honorable John G. Koeltl
United States District Judge

THE DEFENDANT IS ADVISED THAT FAILURE TO RESPOND TO THE ORDER TO SHOW CAUSE MAY BE GROUNDS FOR A DEFAULT JUDGMENT BEING ENTERED AGAINST IT, IN WHICH EVENT THE DEFENDANT WILL HAVE NO TRIAL.

Proof of service of this Order to Show Cause shall be filed by the plaintiff by November 26, 2007.

So Ordered.
J.G. Koeltl
11/14/07
U.S.D.J.