UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR
MANAGEMENT COOPERATION FUND,
by MICHAEL J. FORDE, and PAUL O'BRIEN,
as TRUSTEES

         Plaintiffs,

  -against-

MCCARTHY DEVELOPMENT,

         Defendant.
-------------------------------------------------------------------------X

07 CV 6779 (JGK)
ECF CASE

**CLERKS**
**CERTIFICATE**

  I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on July 27, 2007 by filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, McCarthy Development on September 1, 2007 by personal service upon defendant at its usual place of abode and by first class mail to the same address on September 4, 2007 and proof of service being filed on October 10, 2007.

  I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to complaint herein. The default of the defendant is hereby noted.

Dated: _Nov 6, 2007_
New York, New York

           **J. MICHAEL MCMAHON**
           Clerk of the Court

         By: _____
           Deputy Clerk