UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY          07 CV 6779 (JGK)
FUND, NEW YORK CITY DISTRICT COUNCIL OF         ECF CASE
CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY            **AFFIDAVIT OF**
FUND, NEW YORK CITY DISTRICT COUNCIL OF         **SERVICES**
CARPENTERS CHARITY FUND, and THE NEW
YORK CITY AND VICINITY CARPENTERS
LABOR MANAGEMENT COOPERATION FUND,
by MICHAEL J. FORDE and PAUL O'BRIEN,
as TRUSTEES,

                                    Plaintiffs,

                -against-

MCCARTHY DEVELOPMENT,

                                    Defendant.
------------------------------------------------------------------------X
STATE OF NEW YORK         )
                          :SS.:
COUNTY OF NEW YORK        )

   ANDREW GRABOIS, being duly sworn, deposes and says:

   1. I am a member of the Bar of this Court and am associated with the firm of O'Dwyer & Bernstien, LLP, attorneys for plaintiffs herein and submit this affidavit in support of the instant application for default judgment and order.

   2. On July 26, 2007, Ian Henderson, a paralegal in this office, drafted and revised a complaint, cover sheet and other required documents and prepared them for filing with the Clerk of the Court. He spent 0.5 hours on this matter at a billing rate of $115.00 per hour for a total of $57.50 in attorneys' fees.

3. On July 26, 2007, your deponent reviewed and finalized the aforementioned documents. I spent 0.5 hours at a billing rate of $320.00 per hour for a total of $160.00 in attorneys' fees.

4. On July 27, 2007, Allison Rothman, a legal intern in this office, prepared and filed the aforementioned documents with the Clerk of the Court. She spent 1.0 hours at a billing rate of $115.00 per hour for a total of $115.00 in attorneys' fees.

5. On July 27, 2007, Mr. Henderson prepared and filed the aforementioned documents on the Electronic Case Filing system. He spent 0.5 hours on this matter at a billing rate of $115.00 per hour for a total of $57.50 in attorneys' fees.

6. On July 27, 2007, Ms. Rothman prepared and mailed the aforementioned documents for service of process. She spent 0.5 hours on this matter at a billing rate of $115.00 per hour for a total of $57.50 in attorneys' fees.

7. On October 10, 2007, Mr. Henderson prepared and filed the affidavit of service with the Court and on the ECF system. He spent 0.5 hours on this matter at a billing rate of $115.00 per hour for a total of $57.50 in attorneys' fees.

8. On November 6, 2007 and November 7, 2007, Mr. Henderson and drafted the required default documents, including a proposed default judgment and order and affidavit of services rendered. He spent a total of 4.0 hours on this matter at a billing rate of $115.00 per hour for a total of $460.00 in attorneys' fees.

9. On November 7, 2007, your deponent reviewed and finalized the aforementioned default documents. I spent 0.5 hours on this matter at a billing rate of $320.00 per hour for a total of $160.00 in attorneys' fees.

10. The cost of the process server to effectuate service of process was $80.00.

WHEREFORE, deponent respectfully requests allowance of attorneys' fees in the sum of $1,125.00 and costs arising out of this action in the amount of $80.00 for a total of $1,205.00.

_____
ANDREW GRABOIS (AG 3192)

Sworn to before me this
7th day of November, 2007

_____
NOTARY PUBLIC

NICHOLAS HANLON
Notary Public, State of New York
No. 02HA6167368
Qualified in Westchester County
Commission Expires May 29, 2011

3