UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

07 CV 6779 (JGK)
ECF CASE

**DEFAULT JUDGMENT**

Plaintiffs,

-against-

MCCARTHY DEVELOPMENT,

Defendant.
-------------------------------------------------------------------------X

This action having been commenced on July 27, 2007 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant McCarthy Development on September 1, 2007 by delivering one (1) true copy of the same to the actual place of business of the defendant, and by mailing one (1) true copy of the same to the defendant's actual place of business on September 4, 2007, and a proof of service having been filed on October 10, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on November 6, 2007, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendant, pursuant to the arbitration award, in the liquidated amount of $2,350.00, representing costs and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action in the amount of $1,205.00 for a total of $3,555.00 and that McCarthy Development and its officers are ordered to produce any and all books and records relating to McCarthy Development for the period of November 23, 2004 through February 17, 2007.

Dated: _____
       New York, New York

                                              Honorable John G. Koeltl
                                              United States District Judge

                                              This document was entered on the docket on _____.