STATE OF NEW YORK      )
                       :SS.:
COUNTY OF NEW YORK  )

      IAN K. HENDERSON, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Queens, New York. On the 16th day of November, 2007, I served Plaintiffs' **ORDER TO SHOW CAUSE** and **DEFAULT JUDGMENT** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO:    McCarthy Development
          1686 Metropolitan Avenue
          Bronx, New York 10462

                                                _____
                                                IAN K. HENDERSON

Sworn to before me this
16th day of November, 2007

_____
NOTARY PUBLIC

JASON FUIMAN
Notary Public, State of New York
No. 02FU6104740
Qualified in New York County
Commission Expires January 26, 20 08