UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY                          07 CV 6779 (JGK)
DISTRICT COUNCIL OF CARPENTERS                        ECF CASE
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,                 **DEFAULT JUDGMENT**
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

                                        Plaintiffs,

                -against-

MCCARTHY DEVELOPMENT,

                                        Defendant.
-----------------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/17/2007_

        This action having been commenced on July 27, 2007 by the filing of a Summons and

Complaint, and a copy of the Summons and Complaint having been served on the defendant McCarthy

Development on September 1, 2007 by delivering one (1) true copy of the same to the actual place of

business of the defendant, and by mailing one (1) true copy of the same to the defendant's actual place

of business on September 4, 2007, and a proof of service having been filed on October 10, 2007 and

the defendant not having answered the Complaint, and the time for answering the Complaint having

expired, and the Clerk of the Court having issued its certificate of default on November 6, 2007, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against

Defendant, pursuant to the arbitration award, in the liquidated amount of $2,350.00, representing costs

and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action

in the amount of $1,205.00 for a total of $3,555.00 and that McCarthy Development and its officers are

ordered to produce any and all books and records relating to McCarthy Development for the period of

November 23, 2004 through February 17, 2007.

Dated: ___11/30/07___
        New York, New York

_____
Honorable John G. Koeltl
United States District Judge

This document was entered on the docket
on _____.

2